UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SUMI GHIMIRE GURUNG and KARMA
WANGEL GURUNG,

                Plaintiffs,                19-cv-5699 (PKC)

    -against-

                                        ORDER

WILLIAM BARR et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       The relief sought appearing to be moot, the petition is dismissed and the Clerk shall administratively close this case.


       SO ORDERED.

                                                P. Kevin Castel
                                          United States District Judge

Dated:  New York, New York
          July 21, 2020